UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HEFU CHAI,<br><br>Defendant. | **Affirmation in Support of Application for Order of Continuance**<br><br>26 Mag. 3716 |

State of New York )
County of New York : ss.:
Southern District of New York )

Alexandra Rothman, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of James M. McDonald, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

2. The defendant was charged in a complaint dated September 10, 2026, with violations of 18 U.S.C. § 1343 and 7 U.S.C. § 9(1); Title 17, C.F.R § 180.1. The defendant was arrested on September 15, 2026, and was presented in the Northern District of California before Magistrate Judge Lisa J. Cisneros on that same date, at which proceeding the defendant was represented by Patrick Delahunty, Esq., and ordered released on bail with certain conditions. The defendant is now represented by William Harrington, Esq.

3. At the presentment on September 15, 2026, a preliminary hearing was scheduled for October 15, 2026, after defense counsel consented to extend the deadline within which to

conduct a preliminary hearing. Under the Speedy Trial Act, the Government had until October 15, 2026 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. Mr. Harrington and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before October 15, 2026.

5. Therefore, the Government requests a 30-day continuance until November 16, 2026, to continue the foregoing discussions toward resolving this matter. On October 2, 2026, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to November 16, 2026, and has specifically consented to this request.

6. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
October 13, 2026

Alexandra Rothman

Alexandra Rothman
Assistant United States Attorney
212-637-2580