UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HEFU CHAI,<br><br>Defendant. | **NOTICE OF INTENT TO FILE AN INFORMATION**<br><br>26 CRIM 546 |

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is not recused from this matter.

Dated: New York, New York
November 2, 2026

JAMES M. MCDONALD
United States Attorney

By: [signature]
Alexandra Rothman
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: [signature]
William Harrington, Esq.
Attorney for Hefu Chai